UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Case No. 25-44872

JOHN A. KOVACS, JR.,  Chapter 7

      Debtor.  Judge Thomas J. Tucker

_____/

**ORDER DISMISSING CASE**

On May 12, 2025, the Debtor filed a voluntary petition for relief under Chapter 7, commencing this case. But the Debtor is not eligible to be a debtor in this case, under 11 U.S.C. § 109(g)(2), which provides:

> (g) Notwithstanding any other provision of this section, no individual or family farmer may be a debtor under this title who has been a debtor in a case pending under this title at any time in the preceding 180 days if–
> . . .
> (2) the debtor requested and obtained the voluntary dismissal of the case following the filing of a request for relief from the automatic stay provided by section 362 of this title.

11 U.S.C. § 109(g)(2).

The Debtor was a debtor in a case pending within 180 days before filing this case: Case No. 24-44671, a Chapter 13 case which was voluntarily dismissed on motion of the Debtor on May 8, 2025. In that prior case, the creditor Zeal Credit Union (the "Creditor") filed a motion for relief from the automatic stay on May 1, 2025 (Docket # 38 in Case No. 24-44671), less than one week before the Debtor moved for a voluntary dismissal of the case on May 7, 2025.

Under § 109(g)(2), the Debtor is not eligible to be a debtor in any bankruptcy case until November 5, 2025, which is 181 days after the dismissal of Case No. 24-44671.

Accordingly,

IT IS ORDERED that this bankruptcy case is dismissed.

IT IS FURTHER ORDERED that the Debtor is barred from filing any new bankruptcy case at any time before November 5, 2025.

IT IS FURTHER ORDERED that in addition to the bar stated above, the Debtor is barred from filing any new case under the Bankruptcy Code, and the Clerk is directed not to accept for filing any further bankruptcy petition(s) by or on behalf of the Debtor, unless and until the Debtor first pays in full the $338.00 filing fee for this case.

**Signed on May 13, 2025**

/s/ Thomas J. Tucker
**Thomas J. Tucker**
**United States Bankruptcy Judge**